**HUTCHINSON INDUSTRIES, INC. and Hutchinson S.A., Plaintiffs–Appellants,**

v.

**ACCURIDE CORPORATION, Defendant–Appellee.**

No. 2010–1412.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).